# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRIA MCKNIGHT,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION OFFICE OF CIVIL RIGHTS,

    Defendant.

CASE NO.: 3:17-CV-00015-RCJ-WGC

**ORDER**

    Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 3[1]) entered on February 13, 2017, recommending that the Court dismiss in part with leave to amend certain counts of the complaint. On February 24, 2017 Plaintiff filed an Amended Complaint (ECF No. 4) in response to the Report and Recommendations.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 3) entered on February 13, 2017, should be ADOPTED AND ACCEPTED.

    IT IS HEREBY ORDERED that Plaintiff's IFP application (ECF No. 1) is GRANTED. The Clerk of the Court shall file the Complaint (ECF No. 1-1).

    IT IS FURTHER ORDERED that Plaintiff's request for damages against OCR under Section 504 Rehabilitation Act is STRICKEN from the Complaint.

    IT IS FURTHER ORDERED that Count 1 of the Complaint is DISMISSED with leave to amend to assert a claim under Section 504 of the Rehabilitation Act for injunctive relief that is supported by factual allegations.

    IT IS FURTHER ORDERED that Counts 2 and 3 are DISMISSED with leave to amend to attempt to assert claims against OCR under Section 504 of the Rehabilitation Act for injunctive relief that are supported by factual allegations.

///

---

[1] Refers to court's docket number.

IT IS FURTHER ORDERED that Count 4 is DISMISSED WITH PREJUDICE as to OCR, with leave to amend to assert an ADA claim against a viable public entity defendant, but any amendment in this regard should include factual allegations supporting the elements of a Title II ADA claim as set forth in the Report and Recommendations (ECF No. 3).

IT IS FURTHER ORDERED that Plaintiff is permitted to PROCEED with Count 5.

IT IS FURTHER ORDERED that Count 6 is DISMISSED WITH PREJUDICE as to OCR, with leave to amend to assert this claim against a viable defendant.

IT IS FURTHER ORDERED that Count 7 is DISMISSED WITH PREJUDICE as to OCR, with leave to amend to assert a claim under the IDEA against a viable defendant.

IT IS SO ORDERED this 12th day of April, 2017.

_____
ROBERT C. JONES