1   ANN M. ALEXANDER, ESQ. (#007256)
    ERICKSON, THORPE & SWAINSTON, LTD.
2   99 W. Arroyo Street
    Reno, Nevada 89509
3   Tel. 775-786-3930
    Fax. 775-786-4160
4   *Attorneys for Defendant*
    *Lyon County School District*

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF NEVADA

9   TERRIA MCKNIGHT et al.                    Case No. 3:17-cv-00015-RCJ-WGC

10                      Plaintiffs,

11  vs.                                       **STIPULATION AND
                                              ORDER FOR NEW HEARING DATE
12  SEATTLE OFFICE OF CIVIL RIGHTS et al.     RE: HEARING ON MOTION FOR
                                              SUMMARY JUDGMENT**

13                      Defendants.

14

15

16      Plaintiff TERRIA MCKNIGHT and Defendant LYON COUNTY SCHOOL DISTRICT, by

17  and through its attorneys ERICKSON, THORPE & SWAINSTON, LTD., and ANN M.

18  ALEXANDER, ESQ., hereby stipulate and request that the hearing on Defendant's Motion for

19  Summary Judgment (ECF No. 67) scheduled for January 29, 2019, at 10:00 a.m. (ECF No. 71) be

20  rescheduled for a different date. This request is simply to obtain a different date and not to delay.

21      **Reason for this request:** Plaintiff's brother has passed away and Plaintiff needs to attend

22  his service and be with her family on the East Coast.

23  [Remainder of page intentionally left blank.]

24

25

26

27

28



1    **Proposed new date and time:** Both sides have agreed that this hearing may be rescheduled

2    on any date convenient for the Court between March 11-29, 2019.

3        RESPECTFULLY SUBMITTED this 16th day of January, 2019.

4

5                                By:   /s/ Terria McKnight
                                     Terria McKnight
6                                    4 State Route 339, Space #15
                                     Yerington, NV 89447
7                                    McKnightterria@gmail.com
                                     *Plaintiff*
8

9                                ERICKSON, THORPE & SWAINSTON, LTD.

10

11                               By:   /s/ Ann M. Alexander
                                     ANN M. ALEXANDER, ESQ.
12                                   *Attorney for Defendant Lyon County School
                                     District*
13

14                                   **ORDER**

15       IT IS SO ORDERED that the hearing on Defendant's Motion for Summary Judgment be

16   rescheduled from January 29, 2019, to **Tuesday, March 19, 2019 at 1:30 p.m. in Reno courtroom 3.**

17

18       Dated:_ January 16, 2019
                                     _____
19                                   United States District Judge

20

21

22

23

24

25

26

27

28

ERICKSON, THORPE &
SWAINSTON, LTD.